IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-00984-REB-PAC

RUBEN PINA,

    Petitioner,

v.

RON WILEY, Warden

    Respondent.

---

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matter before me is the **Recommendation of the United States Magistrate Judge** [#37], filed November 16, 2006. The Magistrate Judge recommends that the applicant's **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [#4], filed June 22, 2005, be dismissed, and that the applicant's **Motion for Order** [#34], filed September 13, 2006, be denied as moot. Also pending in this case is the **Applicant's Objections to U.S. Magistrate Judge O. Edward Schlatter Order, Denial of Appointment of Counsel, Denial of Motion for an Evidentiary Hearing** [#30], filed September 21, 2005.

Because the plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. ***See Hall v. Belmon***, 935 F.2d 1106, 1110 (10th Cir. 1991). The applicant has not filed any objections to the recommendation. Therefore, I review the

recommendation only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Under 28 U.S.C. § 636 (b) and FED. R. CIV. P.  72 (a), I may modify or set aside any portion of a magistrate judge's order which I find to be "clearly erroneous or contrary to law."  I apply this standard in resolving the applicant's objections [#30] to an order entered by the magistrate judge.

The recommendation is detailed and well-reasoned.  I find and conclude that the arguments advanced, the authorities cited, and the findings of fact, conclusions of law and recommendations proposed by the Magistrate Judge should be approved and adopted as an order of this court.  In his objections [#30] to the magistrate judge's order, the applicant objects to an order [#29] entered by the magistrate judge on September 12, 2005.  I have reviewed the order and the record in this case, and conclude that the order is not clearly erroneous or contrary to law.  In view of the record in this case, the magistrate judge's order was appropriate.

**THEREFORE, IT IS ORDERED as follows:**

1. That the **Recommendation of the United States Magistrate Judge** [#37], filed November 16, 2006, is **APPROVED AND ADOPTED** as an order of this court;

2. That the applicant's **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [#4], filed June 22, 2005, is **DISMISSED** with prejudice;

3. That the applicant's **Motion for Order** [#34], filed September 13, 2006, is **DENIED** as moot;

---

[1] This standard pertains even though plaintiff is proceeding *pro se.*  *Morales-Fernandez*, 418 F.3d at 1122.

      4.  That the **Applicant's Objections to U.S. Magistrate Judge O. Edward Schlatter Order, Denial of Appointment of Counsel, Denial of Motion for an Evidentiary Hearing** [#30], filed September 21, 2005, are **OVERRRULED** and **DENIED**; and

      5.  That this case is **DISMISSED**.

Dated December 13, 2006, at Denver, Colorado.

                                          **BY THE COURT:**

                                          **s/ Robert E. Blackburn**
                                          **Robert E. Blackburn**
                                          **United States District Judge**